UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY,<br><br>Defendant. | Case No.  14-cv-05446-VC<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT AND RESETTING CMC**<br><br>Re: Dkt. Nos. 17 and 27 |
|---|---|

The motion to set aside the default is granted as unopposed, and the hearing scheduled for April 23, 2015 is vacated.

The case management conference scheduled for May 19, 2015 remains in place, but it is now scheduled for 11 a.m. instead of 10 a.m., and will be a telephonic case management conference. Plaintiff shall provide the Court and all other parties a conference line and applicable access code no later than three court days prior to the case management conference.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
VINCE CHHABRIA
United States District Judge